IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-127-D

| | |
|---|---|
| LITERA TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DOCSCORP, LLC, ) | |
| ) | |
| Defendant. ) | |

On October 8, 2015, the court heard oral argument concerning defendant's motion to dismiss for lack of personal jurisdiction. As explained in open court and incorporated herein by reference, this court lacks personal jurisdiction over the defendant. Accordingly, the court GRANTS defendant's motion to dismiss [D.E. 15]. The action is DISMISSED without prejudice.

SO ORDERED. This **8** day of October 2015.

JAMES C. DEVER, III
Chief United States District Judge