UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LITERA TECHNOLOGIES LLC, ) | |
|            )          | |
|     Plaintiff, ) | |
|            )          | |
|  v.        ) | **JUDGMENT** |
|            )          | No. 5:15-CV-127-D |
|            )          | |
| DOCSCORP, LLC, ) | |
|            )          | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss. The action is DISMISSED without prejudice.

**This Judgment Filed and Entered on October 20, 2015, and Copies To:**

| | |
|---|---|
| Charles F. Marshall, III | (via CM/ECF electronic notification) |
| Darrell A. Fruth | (via CM/ECF electronic notification) |
| James T. Williams, Jr. | (via CM/ECF electronic notification) |
| Josh S. Buford | (via CM/ECF electronic notification) |
| Christopher Kao | (via CM/ECF electronic notification) |
| Rodrick J. Ens | (via CM/ECF electronic notification) |
| Brock S. Weber | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| October 20, 2015 | By:  /s/ Crystal Jenkins |
| | Deputy Clerk |